**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02099-NYW

LEAH CROSS, MARCO GRANGER-RIVERA,
and RYAN SCHILLING, and those
similarly situated,

    Plaintiffs,

        v.

AMAZON.COM, INC., and AMAZON
LOGISTICS, INC.,

    Defendants.

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for all Plaintiffs.

DATED August 30, 2023

                                            */s/ Shelby Leighton*
                                            Shelby Leighton
                                            Public Justice
                                            1620 L Street NW, Suite 630
                                            Washington, DC 20036
                                            (202) 861-5254
                                            sleighton@publicjustice.net

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for all parties.

*/s/ Shelby Leighton*
Shelby Leighton
Public Justice
1620 L Street NW, Ste. 630
Washington, DC 20036
(202) 861-5254
sleighton@publicjustice.net
