IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 23-cv-02099-NYW-SBP | Date: January 6, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| LEAH CROSS,<br>MARCO GRANGER-RIVERA,<br>RYAN SCHILLING, and<br>CASSIE WHINNIE, and those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and<br>AMAZON LOGISTICS, INC.,<br><br>    Defendants. | Valerie Collins<br><br><br><br><br><br><br><br><br>Sari Alamuddin<br>Patrick Duffey |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

**11:05 a.m.     Court in session.**

Appearances of counsel.

Discussion regarding Plaintiffs' Unopposed Motion to Reopen and Amend Complaint [Doc. 48].

The Court confirms that the proposed Second Amended Complaint does not include any of the causes of action that were the subject of arbitration and leaves only the Colorado Wage Act claim.

Ms. Collins informs the Court that the EEOC is conducting an investigation with respect to Plaintiffs' claims for violations of the Colorado Anti-Discrimination Act, and that Plaintiffs will seek certification of a class action for the Colorado Wage Act claim in this case.

Parties discuss Plaintiffs' proposed claim under the Colorado Anti-Discrimination Act that has not been administratively exhausted.

Defendants do not object to Plaintiffs' Unopposed Motion to Reopen and Amend Complaint, but plan on objecting to the proposed Second Amended Complaint insofar as it asserts a claim under the Colorado Anti-Discrimination Act that has not been administratively exhausted.

**ORDERED:** **Plaintiffs' Unopposed Motion to Reopen and Amend Complaint [Doc. 48] is GRANTED in part and DENIED in part. The motion is granted with respect to the reopening of the case and Plaintiffs filing a Second Amended Complaint, but Plaintiffs shall only include exhausted claims.**

**ORDERED:** **Plaintiffs are granted leave to file the Second Amended Complaint no later than January 13, 2025. Defendants shall have until January 27, 2025 to answer or otherwise respond to the anticipated Second Amended Complaint.**

**ORDERED:** **The Court refers this case to Magistrate Judge Prose for scheduling purposes. Counsel shall call the chambers of Magistrate Judge Prose no later than January 8, 2025 to set a scheduling conference.**

**11:18 a.m.**   **Court in recess.**

Hearing concluded.
Total time in court:   0:13